# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 15-11661-ELF

SHARON D. MURCHISON

4011 O STREET

PHILADELPHIA, PA 19124-5350

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SHARON D. MURCHISON

    4011 O STREET

    PHILADELPHIA, PA 19124-5350

Counsel for debtor(s), by electronic notice only.

    REX J. ROLDAN ESQ
    900 ROUTE 168
    SUITE I-4
    TURNERSVILLE, NJ 08012

Date: 12/18/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee