**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHARON D. MURCHISON | Chapter 13 |
| Debtor | Bankruptcy No. 15-11661-ELF |

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: January 23, 2018**

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
REX J. ROLDAN ESQ
900 ROUTE 168
SUITE I-4
TURNERSVILLE, NJ 08012

Debtor:
SHARON D. MURCHISON

4011 O STREET

PHILADELPHIA, PA 19124-5350