United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-11661-elf
Sharon D. Murchison                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 2            Date Rcvd: Jan 23, 2018
                              Form ID: pdf900          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2018.
```
db             Sharon D. Murchison,    4011 O Street,    Philadelphia, PA   19124-5350
13487491      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,    PO Box 551080,    Jacksonville, FL   32255-1080)
13487489       Central Financial Control,    PO Box 66044,    Anaheim, CA   92816-6044
13487490       Central Florida Invest,    2801 Old Winter Garden Rd,    Ocoee, FL   34761-2965
13487493       Frankford Campus,    4900 Frankford Ave,    Philadelphia, PA   19124-2618
13487495       I.C. System, Inc.,    PO Box 64378,    Saint Paul, MN   55164-0378
13487498       Medical Revenue Service,    2001 9th Ave Ste 312,    Vero Beach, FL   32960-6413
13487501       Radiology Affiliates Of Central NJ, PA,    1201 Langhorne Newtown Rd,
               Langhorne, PA   19047-1201
13487503       Syndicated Office Systems,    PO Box 660873,    Dallas, TX   75266-0873
13487500      +U.S. Bank National Association,    PHFA Loan Servicing Division,    211 North Front Street,
               Harrisburg, PA   17101-1466
13487497       U.S. Bank National Association,    c/o Brian C. Nicholas, Esquire,    KML Law Group, PC,
               701 Market St Ste 5000,    Philadelphia, PA   19106-1541
13525608      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC   20410-0002
13487505      +Windstream,    4001 N Rodney Parham Rd,    Little Rock, AR   72212-2490
13487506       Xerox State And Local So,    PO Box 41819,    Philadelphia, PA   19101-1819
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jan 24 2018 02:15:20      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2018 02:14:57
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2018 02:15:10      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13565006       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2018 02:15:58
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
               Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC   29603-0587
13562456       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2018 02:15:58
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC   29603-0587
13589854       E-mail/Text: bankruptcy@phila.gov Jan 24 2018 02:15:20      City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA   19102-1595
13582994      +E-mail/Text: bankruptcy@phila.gov Jan 24 2018 02:15:20
               CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13511248      +E-mail/Text: bankruptcy@cavps.com Jan 24 2018 02:15:09      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13487492       E-mail/Text: equiles@philapark.org Jan 24 2018 02:15:26      City Of Philadelphia,
               Law Department,    PO Box 41818,    Philadelphia, PA   19101-1818
13487494      +E-mail/Text: TenetBKNotifications@resurgent.com Jan 24 2018 02:14:42
               Hahnemann University Hospital,    230 N Broad St,    Philadelphia, PA 19102-1178
13487496       E-mail/Text: cio.bncmail@irs.gov Jan 24 2018 02:14:39      Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA   19101-7346
13487499       E-mail/Text: Bankruptcies@nragroup.com Jan 24 2018 02:15:28      National Recovery Agency,
               2491 Paxton St,    Harrisburg, PA   17111-1036
13487502       E-mail/Text: bankruptcy@sccompanies.com Jan 24 2018 02:15:29      Seventh Avenue,   1112 7th Ave,
               Monroe, WI   53566-1364
                                                                                              TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13487504      ##TD Auto Finance,    ATTN: Customer Resolution Dept.,    PO Box 1622,    Roanoke, TX   76262-1622
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                   Date Rcvd: Jan 23, 2018
                               Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REX J. ROLDAN    on behalf of Debtor Sharon D. Murchison Roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARON D. MURCHISON                                Chapter 13

                    Debtor              Bankruptcy No. 15-11661-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: January 23, 2018**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
REX J. ROLDAN ESQ
900 ROUTE 168
SUITE I-4
TURNERSVILLE, NJ 08012


Debtor:
SHARON D. MURCHISON

4011 O STREET

PHILADELPHIA, PA 19124-5350